# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, | Civil No. 10-2050 (JRT/FLN) |
| Plaintiff, | **ORDER** |
| v. | |
| OFFICE OF HIGHER EDUCATION OF THE STATE OF MINNESOTA, JAMES NOKES, STEVE VANG, SCOTT BAUCH, MICHAEL BIEN, JASON GEISLER, DALE HORBACZ, JOHN HORBAL, SARA KNUDTSON, JOHN LENTSCH, MICHAEL LIFGREN, LADON LINEKER, AARON MARTIN, TIMOTHY MAUER, TOMMY MILLER, ANDREW MITCH, JAROD MORGAN, JACOB RAUCHWARTER, AND TODD ROBERTS, | |
| Defendants. | |

---

Joel Wiegert, **MEAGHER & GEER, PLLP,** 33 South Sixth Street, Suite 4400, Minneapolis, MN 55402, for plaintiff.

James Patrick Barone, **MINNESOTA ATTORNEY GENERAL'S OFFICE,** 445 Minnesota Street, Suite 900, St. Paul, MN 55101, for Defendant Office of Higher Education of the State of Minnesota.

This matter is before the Court on the parties' Stipulation filed on November 16, 2010 [Docket No. 6].

**IT IS HEREBY ORDERED** that:

Based upon the Stipulation of the parties hereto [Docket No. 6], Plaintiff Hartford Fire Insurance Company shall deposit with the Clerk of Court the sum of $26,386.00 within 30

days of this Order, and the Clerk is ordered to promptly and properly invest the funds so that interest may accrue for the benefit of the Defendant-Claimants herein.  Upon the Clerk's receipt of the $26,386.00 from Hartford Fire, Hartford Fire shall be released and discharged from any further liability relative to the Defendant-Claimants' claims, whether past, present, and/or future, involving, arising out of, or otherwise connected with the Private School Bond No. 30 BSB FB5965 that Hartford Fire issued on behalf of "ComputerTraining.com at Minneapolis MN LLC," and by subsequent Riders, to "Computertraining.edu at Minneapolis, Minnesota LLC," and Hartford Fire shall be dismissed from this action.

Further, after deposit of the $26,386.00, the Clerk of Court is directed to make payment to the Defendant-Claimants, at their address listed in the Stipulation, in the following amounts:

| Defendant-Claimant | Amount |
|---|---|
| James Nokes | $0 |
| Steve Vang | $3,546.60 |
| Scott Bauch | $1,490.17 |
| Michael Bien | $1,538.17 |
| Jason Geisler | $1,538.17 |
| Dale Horbacz | $0 |
| John Horbal | $1,538.17 |
| Sara Knudtson | $1,538.17 |
| John Lentsch | $0 |
| Michael Lifgren | $4.909.81 |
| LaDon Lineker | $1,471.95 |
| Aaron Martin | $1,537.95 |
| Timothy Maurer | $0 |
| Tommy Miller | $0 |
| Andrew Mitch | $5,738.67 |
| Jarod Morgan | $0 |
| Jacob Rauchwarter | $1,538.17 |
| Todd Roberts | $0 |

Upon payment to the Defendant-Claimants, this matter shall be **DISMISSED** in its entirety, with prejudice, and on the merits.

Dated: February 8, 2011
at Minneapolis, Minnesota

          s/ John R. Tunheim
          JOHN R. TUNHEIM
         United States District Judge